UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SACRAMENTO BEHAVIORAL HEALTHCARE HOSPITAL, LLC,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL LABOR RELATIONS BOARD, et al.,<br><br>Defendants. | No. 2:25-cv-02475-TLN-CSK<br><br>**ORDER** |

This matter is before the Court on National Union of Healthcare Workers' ("NUHW") Motion to Intervene. (ECF No. 11.) NUHW seeks to intervene as a defendant in this matter. Plaintiff does not oppose the motion. (ECF No. 13.) Defendants did not provide a position. Having considered NUHW's Motion to Intervene, the Court finds that it meets the requirements for intervention pursuant to Federal Rule of Civil Procedure 24. NUHW's Motion to Intervene is GRANTED and NUHW is hereby granted party status in this matter.

IT IS SO ORDERED.

Date: September 23, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE