1  NATIONAL LABOR RELATIONS BOARD
   Steven Bieszczat
2  1015 Half Street S.E., Fourth Floor
   Washington, D.C. 20570
3  (202) 780-4428
   Email: Steven.Bieszczat@NLRB.gov
4  IL Bar No. 6326593
5
   *Attorney for Defendants*
6

7

8                    UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF CALIFORNIA
9

10  SACRAMENTO BEHAVIORIAL          )   Case No. 2:25-CV-02475–TLN–CSK
    HEALTHCARE HOSPITAL, LLC,       )
11                                  )        Honorable Troy L. Nunley
                                    )
12              Plaintiff,          )
                                    )
13      v.                          )
                                    )
14  NATIONAL LABOR RELATIONS BOARD, )
15  *et al.*,                       )
                                    )
16              Defendants, and     )
                                    )
17  NATIONAL UNION OF HEALTHCARE    )
18  WORKERS,                        )
                                    )
19              Intervenor.         )

20

21                              **ORDER**

22        Upon consideration of Defendants' Unopposed Motion for Administrative Relief in the

23  Form of a Stay of the Deadline for Filing Defendants' Answer or Rule 12 motion in light of the

24  United States Government Shutdown, and for good cause shown, it is HEREBY ORDERED that

25  Defendants' Motion is **GRANTED.** Defendants' deadline for filing its Answer or Rule 12

26  motion is indefinitely stayed pending notice from Defendants that the United States Government

27  has appropriated funds for the NLRB, at which point a new deadline will be determined.

28  ///

Dated: October 29, 2025

_____

Troy L. Nunley
Chief United States District Judge