Jonathan H. Siegel (SBN 78143)
Latika Malkani (SBN 184301)
Laura Herron Weber (SBN 226934)
SIEGEL LEWITTER MALKANI
1939 Harrison Street, Suite 307
Oakland, California 94612
Tel:  (510) 452-5000
Fax: (510) 452-5004
jsiegel@sl-employmentlaw.com
lmalkani@sl-employmentlaw.com
lweber@sl-employmentlaw.com

Maneesh Sharma (*Pro Hac Vice*)
Associate General Counsel
AFL-CIO
815 Black Lives Matter Plaza
Washington, DC  20006
Tel:     (202) 637-5336
msharma@aflcio.org

Attorneys for Intervenor National Union of Healthcare Workers

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SACRAMENTO BEHAVIORAL HEALTHCARE HOSPITAL, LLC,<br><br>         Plaintiff,<br><br>   v.<br><br>NATIONAL LABOR RELATIONS BOARD, a federal administrative agency, WILLIAM B. COWEN, in his official capacity as the Acting General Counsel of the National Labor Relations Board, DAVID M. PROUTY, in his official capacities as Member of the National Labor Relations Board, and JOHN DOE in their official capacity as an Administrative Law Judge of the National Labor Relations Board,<br><br>         Defendants. | Case No. 25-CV-02475-TLN-CSK<br><br>**ORDER**<br><br><br><br><br><br><br><br><br><br><br><br><br><br>Complaint Filed: August 29, 2025 |

//

**ORDER**

Upon consideration of Intervenor National Union of Healthcare Workers' (NUHW) Unopposed Motion for Indefinite Extension to File Answer or Rule 12 Motion in Order to Align Filing Deadline with National Labor Relations Board (NLRB) Defendants, and for good cause shown, it is HEREBY ORDERED that Intervenor NUHW's Motion is GRANTED. Intervenor NUHW's deadline for filing its Answer or Rule 12 motion is indefinitely extended pending notice from NLRB Defendants that the United States Government has appropriated funds for the NLRB, at which point a new deadline will be determined.

IT IS SO ORDERED.

DATED: October 30, 2025

_____
Troy L. Nunley
Chief United States District Judge

SIEGEL LEWITTER MALKANI
ATTORNEYS AT LAW
1939 Harrison Street
Suite 307
Oakland, CA 94612
T: (510) 452-5000
F: (510) 452-5004