NATIONAL LABOR RELATIONS BOARD
Steven Bieszczat
1015 Half Street S.E., Fourth Floor
Washington, D.C. 20570
(202) 780-4428
Email: Steven.Bieszczat@NLRB.gov
IL Bar No. 6326593

*Attorney for Defendants*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SACRAMENTO BEHAVIORIAL HEALTHCARE HOSPITAL, LLC,<br><br>        Plaintiff,<br><br>  v.<br><br>NATIONAL LABOR RELATIONS BOARD, *et al.*,<br><br>        Defendants, and<br><br>NATIONAL UNION OF HEALTHCARE WORKERS,<br><br>        Intervenor. | Case No. 2:25-02475–TLN–CSK<br><br>Honorable Troy L. Nunley |

## ORDER

Upon consideration of Defendants' Unopposed Motion for Administrative Relief in the Form of a Scheduling Order Setting the Deadline for Defendants' Answer or Rule 12 Motion, and for good cause shown, it is HEREBY ORDERED that Defendants' Motion is **GRANTED.** Defendants are to file their Answer or motion under Rule 12 of the Federal Rules of Civil Procedure within (30) days of the Court's ruling on Plaintiff's motion for preliminary injunction.

DATED: December 10, 2025

Troy L. Nunley
Chief United States District Judge